**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-6404**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

FREDERICK GASTON BROWN, JR.,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:90-cr-00149-RGD-3)

Submitted: February 16, 2022                   Decided: March 14, 2022

Before NIEMEYER and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Frederick Gaston Brown, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frederick Gaston Brown, Jr., appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *United States v. Brown*, No. 2:90-cr-00149-RGD-3 (E.D. Va. Mar. 3, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*